# United States Bankruptcy Court

## Northern District of California

In re  **Pelikan Technologies, Inc.** _____,

Debtor

Case No. _____

Chapter ___ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 5,000.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 13,573,095.22 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 14 | $ 5,000.00 | $ 13,573,095.22 | |

In re: **Pelikan Technologies, Inc.** _____     Case No. _____
                          Debtor                                        (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Total ➤ **0.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re __Pelikan Technologies, Inc._____  Case No. _____
  Debtor (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Certificate of Deposit  (collateral for Corporate Credit Card)** | | 1,000.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Silicon Valley Bank Checking & Money Market** | | 4,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Pelikan Technologies GmbH Co.** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re   **Pelikan Technologies, Inc.**                                    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Attachment. | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

In re  **Pelikan Technologies, Inc.** _____    Case No. _____

                             Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__ continuation sheets attached | Total ➤ | **$ 5,000.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Pelikan Technologies, Inc.** _____,  Case No. _____

Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| NONE | | | VALUE _____ | | | | | |

<u>0</u>   continuation sheets attached

|  | Subtotal ➢ (Total of this page) | $ 0.00 | $ 0.00 |
|---|---|---|---|
|  | Total ➢ (Use only on last page) | $ 0.00 | $ 0.00 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re __Pelikan Technologies, Inc._____     Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏  **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏  **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏  **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏  **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏  **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏  **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❏  **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏  **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re    Pelikan Technologies, Inc.                                    Case No. _____
                                                                                    (If known)
         _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals ➢ (Totals of this page) | $      0.00 | $      0.00 | $      0.00 |
|---|---|---|---|---|
|  | Total ➢ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $      0.00 | | |
|  | Total ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $      0.00 | $      0.00 |

In re    Pelikan Technologies, Inc.                                    Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,566.14 |
| AT&T Attn: Cust. Service NCO Financial Systems, Inc. 1804 Washington Blvd. Dept. 750 Baltimore, MD 21230 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 7,830.91 |
| Bovimed Attn: Kathrin Soldner Bovimed GmbH Im Oberfeld 2 Hengersberg, Germany | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,338,101.00 |
| Clarus Lifesciences I, L.P Attn: Dennis Henner 801 Gateway Blvd., Ste. 410 So. San Francisco, CA 94080 | | | Loan | | | | |
| ACCOUNT NO. | | | | X | | | 1,326,750.00 |
| Commerzbank - c/o Company Counsel Attn: Andrea Heuser Cornelius Bartenbach Haesemann Bismarchstrasse 11-13 Cologne, Germany D-50672 | | | Guarantee | | | | |
| ACCOUNT NO. | | | | | | | 369,972.00 |
| DLA Piper, LLP Attn: Bruce Jenett 2000 University Ave. East Palo Alto, CA 94303-2248 | | | Legal Fees | | | | |

_4_    Continuation sheets attached

Subtotal ➤ $ 5,048,220.05

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Pelikan Technologies, Inc.                          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 10,210.00 |
| Dr. Anthony Turner Silsoe Bedfordshire, MK454DT United Kingdom | | | Director Fees | | | | |
| ACCOUNT NO. | | | | | | | 460,570.00 |
| Dr. Gerald Moeller Scheffelstrasse 20 Heidelburg, Germany  D-69120 | | | Wages | | | | |
| ACCOUNT NO. | | | | | | | 20,000.00 |
| Ernst & Young Attn: Jason Peterson Dept. 6793 Los Angeles, CA 90084-6793 | | | Accounting Fees | | | | |
| ACCOUNT NO. | | | | | | | 21,651.40 |
| Ernst & Young Attn: Stephen Ludwig Graf-Adolf-Platz 15 Postfach 13 12 18 Dusseldorf, Germany 40003 | | | Accounting Fees | | | | |
| ACCOUNT NO. | | | | | | | 12,000.00 |
| Friedhelm Biobel 754 Ashby Dr. Palo Alto, CA 94301 | | | Director Fees | | | | |

Sheet no.  1  of  4  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 524,431.40

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Pelikan Technologies, Inc.                                    Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| German Tax Authorities Attn: Stephen Ludwig Ernst & Young Graf-Adolf-Platz 15 Dusseldorf, Germany 40213 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,204,045.00 |
| Goodwin Proctor. LLP Counselors at Law Attn: Paul Davis 135 Commonwealth Dr. Menlo Park, CA 94025-1105 | | | Legal Fees | | | | |
| ACCOUNT NO. | | | | X | X | | 0.00 |
| Hartman c/o Proskauer Attn: Jeffrey Levitan Eleven Times Square New York, NY 10036-8299 | | | | | | | |
| ACCOUNT NO. | | | | | | | 100,000.00 |
| Hartmann Attn: Dr. Michael Banz Paul-Hartmann Str. 12 Heidenheim, Germany 89522 | | | Unpaid Royalties | | | | |
| ACCOUNT NO. | | | | | | | 3,860,191.00 |
| HBM Bio Ventures (Cayman) Ltd. Attn: John Arnold Centennial Towers, Third Floor 2454 West Bay Road Grand Cayman, Cayman Islands | | | Loan | | | | |

Sheet no.  2  of  4  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        6,164,236.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Pelikan Technologies, Inc.</u>      Case No. _____
Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Lombard Odier Darier Hentsch & CIE <br>Attn: Christian Widmer <br>11 rue de la Corratarie <br>Geneva, Switzerland CH-1204 | | | Loan | | | | 1,158,356.00 |
| ACCOUNT NO. <br><br>Sheppard Mullin Richter & Hampton, LLP <br>Attn: Hal Milstein <br>333 So. Hope St., <br>43rd Floor <br>Los Angeles, CA 90071-1448 | | | Legal Fees | | | | 18,202.00 |
| ACCOUNT NO. <br><br>The Global Life Science <br>Ventures Fund II - GmbH & Co. KG <br>Attn: Hanns-Peter Wiese <br>Von-der-Tann Str. 7 <br>Munich, Germany 80539 | | | Note | | | | 351,801.00 |
| ACCOUNT NO. <br><br>The Global Life Science Ventures <br>Fund II, LP - Attn: Joanne Baxter <br>Alexander House -13-15 Victoria Rd. <br>St. Peter Port, Guernsey GB13ZD <br>United Kingdom | | | Note | | | | 274,323.00 |
| ACCOUNT NO. <br><br>Walker Informatics Consulting <br>Attn: Jeff Perry <br>786 Alison Way <br>Sunnyvale, CA 94087 | | | Trade Debt | | | | 24,720.00 |

Sheet no. <u>3</u> of <u>4</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $    1,827,402.00

Total   $

(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical<br>Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Pelikan Technologies, Inc.                              Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 8,805.77 |
| XO Communications c/o Access Receivables PO Box 9801 Towson, MD 21284-9801 | | | Trade Debt | | | | |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                8,805.77

Total ➢ $         13,573,095.22

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:  Pelican Technologies, Inc.                    Case No. _____
                        Debtor                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Eli Lilly and Company<br>Lilly Corporate Center<br>Indianapolis, IN 46285 | Intellectual Property License |
| F. Hoffman-La Roche, Ltd.<br>Grenzarcherstrasse 124<br>CH-4070 Basel, Switzerland | Intellectual Property License |

B6H (Official Form 6H) (12/07)

In re: **Pelikan Technologies, Inc.**                  Case No. _____
                                 Debtor                                      (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re  Pelikan Technologies, Inc.                              Case No. _____
_____                                          (If known)
                        Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Dominique M. Freeman**, the <u>CEO</u> of the <u>Corporation</u> named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of  <u>**15**</u>_____  sheets *(Total shown on summary page plus 1),*
and that they are true and correct to the best of my knowledge, information, and belief.


Date  <u>September 27, 2011</u>              Signature:    <u>/s/ Dominique M. Freeman</u>
                                                       **Dominique M. Freeman CEO**
                                                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

1  STEPHEN T. O'NEILL (115132)
   RACHEL RAGNI LARRENAGA (241061)
2  MURRAY & MURRAY
   A Professional Corporation
3  19400 Stevens Creek Blvd., Suite 200
   Cupertino, CA 95014-2548
4  Telephone: (650) 852-9000; (408) 907-9200
   Facsimile: (650) 852-9244
5  Email: soneill@murraylaw.com
   Email: rragni@murraylaw.com
6
7  Attorneys for Debtor
8
9
10            UNITED STATES BANKRUPTCY COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12                   SAN JOSE DIVISION
13  In re:                          )
                                    )
14  PELIKAN TECHNOLOGIES, INC.,     )   Case No.
                                    )
15              Debtor(s).          )
                                    )   Chapter 7
16                                  )
        1072 Meadow Circle          )
17      Palo Alto, CA 94303         )
                                    )
18                                  )
    Employer Tax I.D. No: 77-0571418 )
19  _____)
20
                      SCHEDULE B
21                ATTACHMENT NO. 22
22
23
24
25
26
27
28



## I.G    APPENDIX A STATUS PELIKAN ISSUED AND ALLOWED PATENTS (US AND PCT)

### I.G.1    Pelikan's Issued patents (US) to August 23rd 2011

*Agilent case prosecuted by Pelikan and counted in Pelikan assets (subsequently transferred)

| # Of assets | HEWM # Agilent # | Patent Number | Date Issued | Title | Author/assignee |
|---|---|---|---|---|---|
| 70 | 2895 | 7,988,645 | August 2, 2011 | Self optimizing lancing device with adaptation means to temporal variations in cutaneous properties | Freeman; Dominique, Alden; Don |
| 69 | 2888 | 7,988,644 | August 2, 2011 | Method and apparatus for a multi-use body fluid sampling device with sterility barrier release | Freeman; Dominique Alden; Don, Boecker; Dirk), Cane; Michael; Schumann; Matt; Beadman; Michael |
| 68 | 2897 | 7,981,056 | July 19, 2011 | Methods and apparatus for lancet actuation | Briggs; Barry, Freeman; Dominique, Boecker; Dirk, Alden; Don |
| 67 | 2832 | 7,981,055 | July 19, 2011 | Tissue penetration device | Freeman; Dominique, Boecker; Dirk, Alden; Don, Briggs; Barry Dean, Leonard; Jon Hewitt, Freeman; Ray, Gogue; George |
| 66 | 2854 | 7,976,476 | July 12 2011 | Device and method for variable speed lancet | Freeman; Dominique; Boecker; Dirk; |
| 65 | 2878 | 7,959,582 | June 14 2011 | M&A for penetrating tissue | Freeman; Dominique, Boecker; Dirk ; Alden; Don |
| 64 | 2850 | 7,938,787 | May 10, 20011 | M&A for penetrating tissue | Freeman, Dominique; |
| 63 | 2879 | 7,914,465 | March 29 2011 | M&A for penetrating tissue | Freeman, Dominique; Boecker; Dirk ; Alden; Don |
| 62 | 2893 | 7,909,778 | March 22 2011 | M&A for penetrating tissue | Freeman, Dominique; Boecker; Dirk ; Alden; Don |
| 61 | 2851 | 7,909,777 | March 22 2011 | M&A for penetrating tissue | Freeman, Dominique; Boecker; Dirk ; Alden; Don |
| 60 | 2899 | 7,909,775 | March 22 2011 | M&A for lancet launching device integrated onto a blood sampling cartridge | Alden; Don; Freeman, Dominique; Lum, Paul |
| 59 | 2881 | 7,909,774 | March 22 2011 | M&A for penetrating tissue | Freeman, Dominique; Boecker; Dirk ; Alden; Don |
| 58 | 2889 | 7,901,365 | March 8 2011 | M&A for penetrating tissue | Freeman, Dominique; Boecker; Dirk ; Alden; Don |

© 2011 Pelikan Technologies Inc.



| # Of assets | HEWM # Agilent # | Patent Number | Date Issued | Title | Author/assignee |
|---|---|---|---|---|---|
| 57 | 2649 | 7,901,362 | March 8 2011 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 56 | 2933 | 7,892,185 | February 22 2011 | M&A for body fluid sampling and analyte sensing | Freeman; Dominique;; Alden; Don; |
| 55 | 2688 | 7,892,183 | February 22 2011 | M&A for body fluid sampling and analyte sensing | Boecker, Dirk; Freeman, Dominique,; Alden, Don |
| 54 | 2874 | 7,875,047 | Jan 25 2011 | Method and apparatus for a multi-use body fluid sampling device with sterility barrier release | Freeman; Dominique; Alden; Don; Boecker; Dirk; Cane; Mike; Schumann; Matt; Beadman; Mike |
| 54 | 2860 | 7,874,994 | Jan 25 2011 | M&A for penetrating tissue | Boecker; Dirk ; Alden; Don Freeman, Dominique; |
| 53 | 2927 | 7,862,520 | January 4, 2011 | Body fluid sampling module with a continuous compression tissue interface surface | Briggs; Barry, Freeman; Dominique, Boecker; Dirk, Alden; Don |
| 52 | 2826 | 7,850,622 | Dec 14 2010 | Tissue penetration device | Freeman; Dominique;; Boecker; Dirk ; Alden; Don; Briggs, Barry; Leonard, John; Freeman, Ray |
| 51 | 2801 | 7,850,621 | Dec 12 2010 | M&A for body fluid sampling and analyte sensing | Briggs; Barry Dean; Marsot; Travis; Hegener; Jason; Freeman; Dominique M.; Boecker; Dirk; Alden; Don; Schumann; Matt;; Beadman; Mike; |
| 50 | 2830 | 7,841,992 | November 30, 2010 | Tissue penetration device | Freeman; Dominique, Boecker; Dirk, Alden; Don, Briggs; Barry Dean, Leonard; Jon Hewitt, Freeman; Ray, Gogue; George |
| 49 | 2880 | 7,833,171 | Nov 16 2010 | Method and apparatus for penetrating tissue | Freeman; Dominique M., Boecker; Dirk,Alden; Don; |
| 48 | 2768 | 7,822,454 | October 26, 2010 | Fluid sampling device with improved analyte detecting member configuration | Alden; Don, Marsot; Travis |
| 47 | 2921 | 7,798,979 | September 21, 2010 | Method and apparatus for penetrating tissue | Freeman; Dominique M., Boecker; Dirk,Alden; Don; |
| 46 | 2563 | 7,780,631 | Aug 24, 2010 | Apparatus and method for penetration with shaft having a sensor for sensing penetration depth | Lum; Paul; Melton, Hewlett; Simons, Tad; Greenstein, Michael; Freeman, Dominique |
| 45 | 2668 | 7,749,174 | July 6, 2010 | Method and apparatus for lancet launching device | Alden, Don; Freeman; |

© 2011 Pelikan Technologies Inc.



| # Of assets | HEWM # Agilent # | Patent Number | Date Issued | Title | Author/assignee |
|---|---|---|---|---|---|
| | | | | intergrated onto a blood-sampling cartridge | Dominique M., Lum, Paul |
| 44 | 2877 | 7,731,729 | June 8 2010 | M&A for penetrating tissue | Freeman; Dominique M., Boecker; Dirk,Alden, Don; |
| 43 | 2650 | 7,717,863 | May 18 2010 | M&A for penetrating tissue | Freeman; Dominique M., Alden, Don; Boecker; Dirk, |
| 42 | 2609 | 7,713,214 | May 11, 2010 | Method and apparatus for a multi-use body fluid sampling device with optical analyte sensing | Freeman; Dominique M., Boecker; Dirk, |
| 41 | 2606 | 7,708,701 | May 4 2010 | Method and apparatus for a multi-use body fluid sampling device | Boecker; Dirk, Freeman; Dominique M., Wittig; Michael |
| 40 | 2670 | 7,699,791 | April 20, 2010 | Method and apparatus for improving success rate of blood yield from a finger stick | Alden; Don, Freeman; Dominique M. Lum; Paul, Drbal; Vladimir, Boecker; Dirk, Verdonk; Edward D. |
| 39 | 2666 | 7,682,318 | March 23, 2010 | Blood sampling apparatus and method | Alden; Don, Freeman; Dominique M., Lum; Paul, Drbal; Vladimir, Templin; Catherine K., Boecker; Dirk |
| 38 | 2635 | 7,674,232 | March 9 2010 | M&A for penetrating tissue | Boecker, Dirk; Alden, Don, Freeman, Dominique, |
| 37 | 2600 | 7,666,149 | Feb 23 2010 | Cassette of lancet cartridges for sampling blood | Simons; Tad Decatur, Greenstein; Michael, Freeman; Dominique M.), Leonard; Leslie Anne, King; David A., Lum; Paul |
| 36 | 2915 | 7,648,469 | Jan 19 2010 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don, |
| 35 | 2641 | 7,648,468 | Jan 19 2010 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don, |
| 34 | 2806 | 7,604,592 | Oct 20 2009 | M&A for point of care device | Freeman, Dominique,; Boecker, Dirk; Alden, Don, Mauze, Ganapati |
| 33 | 2647 | 7,582,099 | Sep 1 2009 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 32 | 2816 | 7,582,063 | Sep 1 2009 | Blood testing apparatus having a rotatable cartridge with multiple lancing elements and testing means | Wurster, Thomas; Malowaniec, Krzysztof, Diekmann, Christoph |
| 31 | 4013* | 7,575,558 | Aug 18 2009 | Universal Diagnostic Platform | Boecker; Dirk, Pittaro; Rick, Greenstein; Michael, Higgins; Michael C., |

© 2011 Pelikan Technologies Inc.



| # Of assets | HEWM # Agilent # | Patent Number | Date Issued | Title | Author/assignee |
|---|---|---|---|---|---|
| | | | | | Freeman; Dominique M. |
| 30 | 2634 | 7,563,232 | Jan 9th 2007 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 29 | 2646 | 7,547,287 | June 16, 2009 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 28 | 2667 | 7,537,571 | May 26, 2009 | Integrated blood sampling analysis system with multi-use sampling module | Freeman; Dominique M. Mauze; Ganapati, Boecker; Dirk, |
| 27 | 2639 | 7,524,293 | April 28, 2009 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 26 | 2638 | 7,491,178 | Feb 17 2009 | M&A for penetrating tissue | Boecker, Dirk; Alden, Don, Freeman, Dominique |
| 25 | 2644 | 7,485,128 | Feb 3 2009 | M&A for penetrating tissue | Boecker, Dirk; Alden, Don, Freeman, Dominique,; |
| 24 | 2651 | 7,481,776 | Jan 2009 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 23 | 2652 | 7,410,468 | Aug 12 2008 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 22 | 2633 | 7,374,544 | May 20th 2008 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 21 | 2648 | 7,371,247 | Jan 26 2007 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 20 | 2595 | 7,344,507 | March 18, 2008 | Method and apparatus for *lancet* actuation | Briggs; Barry Dean, Freeman; Dominique M., Alden; Don, Leonard; Jon Hewitt, Boecker; Dirk |
| 19 | 2642 | 7,331,931 | February 19, 2008 | Method and apparatus for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 18 | 2593 | 7,316,700 | January 8, 2008 | Self optimizing lancing device with adaptation means to temporal variations in cutaneous properties | Alden; Don Freeman; Dominique M. |
| 17 | 2662 | 7,297,151 | November 20, 2007 | Method and apparatus for body fluid sampling with improved sensing | Boecker; Dirk Freeman; Dominique M. |
| 16 | 2640 | 7,297,122 | November 20, 2007 | Method and apparatus for penetrating tissue | Boecker; Dirk Alden; Don Freeman; Dominique M |
| 15 | 2637 | 7,291,117 | Nov 6 2007 | Method and apparatus for penetrating tissue | Boecker; Dirk Alden; Don Freeman; Dominique M. |

© 2011 Pelikan Technologies Inc.


| # Of assets | HEWM # Agilent # | Patent Number | Date Issued | Title | Author/assignee |
|---|---|---|---|---|---|
| 14 | 2664 | 7,258,693 | Aug 21 2007 | Device and method for variable speed lancet | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 13 | 2636 | 7,244,265 | July 17 2007 | Method and apparatus for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 12 | 2643 | 7,229,458 | June 12, 2007 | Method and apparatus for penetrating tissue | Boecker; Dirk, Alden; Don, Freeman; Dominique M. |
| 11 | 2645 | 7,232,451 | June 9 2007 | M&A for penetrating tissue | Freeman, Dominique,; Boecker, Dirk; Alden, Don |
| 10 | 2607 | 7,226,461 | June 5 2007 | Method and apparatus for a multi-use body fluid sampling device with sterility barrier release | Boecker; Dirk, Wittig; Michael, Alden; Don, Cane; Michael, Schumann; Matt, Beadman; Michael |
| 9 | 2608 | 7,198,606 | April 3, 2007 | Method and apparatus for a multi-use body fluid sampling device with analyte sensing | Boecker; Dirk; Freeman; Dominique M. |
| 8 | 2592 | 7,175,642 | February 13 2007 | M&A for lancet actuation | Briggs, Barry D, Freeman, Dominique M, Alden, Don, Leonard, Jon,; Boecker, Dirk |
| 7 | 2657 | 7,141,058 | November 28 2006 | Method and Apparatus for a body fluid sampling device using illumination | Briggs, Barry D, Freeman, Dominique |
| 6 | 2702 | D 531725 | November 7 2006 | Lancing Device | Loerwald, Dieter; Boecker, Dirk,; Alden, Don,; Freeman, Dominique |
| 5 | 2671 | D 523,555 | April 17 2006 | Lancing device user interface | Loerwald, Dieter; Boecker, Dirk,; Alden, Don,; Freeman, Dominique |
| 4 | 2582 | 7,041,068 | May 9 2006 | Sample module device and method | Freeman; Dominique M. Boecker; Dirk Alden; Don Hartmann; Han Joachim; Weber; Lutz Pelikan Technologies |
| 3 | 2594 | 7,033,371 | April 25, 2006 | Electric Lancet Actuator | Freeman, Dominique M; Alden, Don Pelikan Technologies, Inc |
| 2 | 2551 | 7,025,774 | April 11, 2006 | Tissue Penetration Device | Freeman, Dominique M; Boecker, Dirk; Alden, Don; Briggs, Barry Dean; Leonard, Jon Hewitt; Freeman, Ray; Gogue, George Pelikan Technologies, Inc |

© 2011 Pelikan Technologies Inc.



| # Of assets | HEWM # Agilent # | Patent Number | Date Issued | Title | Author/assignee |
|---|---|---|---|---|---|
| 1 | 2557 | 7,001,344 | February 21, 2006 | Blood sampling device with diaphragm actuated lancet | Freeman, Dominique M; Drbal, Vladimir; Pelikan Technologies, Inc |

### I.G.2    Pelikan's Issued Patents (International) to August 23rd 2011

| # Of assets | HEWM # Agilent # | Patent Number | Date Issued | Title | Author/assignee |
|---|---|---|---|---|---|
| 19 | 4005 DE | 196 42409.7-54 | March 8 2011 | A passively locked external cavity | Pelikan Technologies (Agilent) |
| 18 | 2811 EP | 4780949.6 | Nov 11 2010 | M & A for body fluid sampling with integrated analyte detecting member | Freeman, Dominique; Ross, James; Marsot, Travis; Lum, Paul; Mauze; Ganapati |
| 17 | 2868 EP | 1768577 | Nov 3 2010 | Tissue interface on a fluid sampling device | Deshmukh, Ajay; Hegener, Jason; Mauze, Ganapati; Von Deuring, Monika U; Freeman, Dominique |
| 16 | 2703 EP | 1395185 | October 27 2010 | Electric lancet actuator | Alden, Don; Freeman, Dominique; |
| 14 | 2713 CA (2593 US) Smart lancing | 2448902 | Sep 22 2010 | Self optimizing lancing device with adaptation means to temporal variations in cutaneous properties | Alden, Don; Freeman, Dominique; |
| 13 | 2710 CA (2666 US) Seamless sampling module | 2448905 | Sep 22 2010 | Blood sampling apparatus and method | Alden, Don; Freeman, Dominique; Lum, Paul; Drbal, Vladimir, Boecker, Dirk |
| 12 | 2704 CA (2594 US) E Lancet | 2448790 | Sep 22 2010 | Electric lancet actuator | Alden, Don; Freeman, Dominique; |
| 11 | 4014 JP* | 4406706 | April 2010 | Sensing depth | Pelikan Technologies |
| 10 | 2800 EP (2799 US) Bee sting | 04754025.7 | May 5th 2010 | M&A for fluid injection | Pelikan Technologies |
| 9 | 2712 EP (2593 US) Smart lancing | 1404233 | Feb 19 2010 | Self optimizing lancing device with adaptation means to temporal variations in cutaneous properties | Pelikan Technologies |
| 8 | 2709 EP (2666 US) Seamless sampling | 1404232 | Feb 19 2010 | Method and apparatus for body fluid sampling with improved sensing | Pelikan Technologies |

© 2011 Pelikan Technologies Inc.



| # Of assets | HEWM # Agilent # | Patent Number | Date Issued | Title | Author/assignee |
|---|---|---|---|---|---|
| | module | | | | |
| 7 | 2847 HK (2699 PC, 2662 US) Mithril low volume | HK 1087905 | Sep 2 2008 | Methods and apparatus for body fluid sampling | Pelikan Technologies |
| 6 | 2708 JP (2667 US) Multiple glucose | 4147471 | July 18 2008 | Integrated blood sampling analysis system with multi use sample module | Pelikan Technologies |
| 5 | 2705 JP (2594 US) E Lancet | 2003-503277 | June 23rd 2008 | Electric Lancet Actuator | Pelikan Technologies |
| 4 | 2817 HK Hartmann | HK1054311 | June 13 2008 | Blood analysis apparatus | Pelikan Technologies |
| 3 | 2814EP Hartmann | EP 1 337 182 B1 501 13 793.9-08 DE | March 26 2008 | Blood analysis apparatus | Pelikan Technologies |
| 2 | 2774CN (2669 PC, 2662 US) Mithril low volume | ZL200380108164.6 | Jan 16 2008 | Methods and apparatus for body fluid sampling | Pelikan Technologies |
| 1 | 2818JP Hartmann | 3970768 | June 29 2007 | Blood analysis device for determining an analyte | Pelikan Technologies |

### I.G.3  Pelikan's Allowed patents (US and International) to August 23rd 2011

| # Of assets | HEWM # Agilent # | Application Number | Date allowed | Title | Author/assignee |
|---|---|---|---|---|---|
| 19 | 2833 2551 D14 TPD strategic drum of M1s | 11/388,769 | Aug 22 2011 | Tissue Penetration Device | Freeman, Dominique |
| 18 | 2936 (2644 D1) Strategic seals + UI | 12/277,567 | July 29 2011 | Method and apparatus for penetrating tissue | Freeman; Dominique; Alden; Don; |
| 17 | 2786 (2594 C1) E lancing | 11/176,562 | July 29 2011 | Electric lancet actuator (Continuation of E Lancing) | Alden, Don |
| 16 | 2821 TPD Elastic recoil | 11/244,822 | June 23 2011 | Tissue penetration device | Freeman; Dominique M Boecker; Dirk; Alden; Don; Briggs; Barry; Leonard, Jon Hewitt, Freeman, Ray,; Gogue, George |
| 15 | 2822 TPD FISO | 11/318,276 | June 3 2011 | Tissue Penetration Device | Freeman; Dominique M Boecker; Dirk; Alden; Don; Briggs; Barry; |

© 2011 Pelikan Technologies Inc.



| # Of assets | HEWM # Agilent # | Application Number | Date allowed | Title | Author/assignee |
|---|---|---|---|---|---|
| | | | | | Leonard, Jon Hewitt, Freeman, Ray,; Gogue, George |
| 14 | 2861 (2638 D1) Strategic + UI + Low volume | 11/550,954 | June 3 2011 | Method and apparatus for penetrating tissue | Freeman; Dominique M Boecker; Dirk; Alden; Don |
| 13 | 2857 (2636 D1) Strategic + UI | 11/539,542 | June 3 2011 | Method and apparatus for penetrating tissue | Freeman; Dominique M Boecker; Dirk; Alden; Don |
| 12 | 2858 (2592 D1) Strategic E Lance | 11/539,945 | June 3 2011 | Method and apparatus for lancet actuation | Briggs; Barry; Freeman; Dominique M; Alden; Don;  Leonard, Jon Hewitt, Boecker; Dirk; |
| 11 | 2824 Tent and hold | 11/317,913 | May 2 2011 | Tissue penetration device | Freeman, Dominique |
| 10 | 2859 (2634 D1) Strategic seals | 11/548,533 | April 25 2011 | Method and apparatus for penetrating tissue | Boecker; Dirk; Alden; Don; Freeman; Dominique M. |
| 9 | 2799 Bee sting | 10/558,865 | April 11 2011 | Method and apparatus for fluid injection | Freeman; Dominique; Boecker; Dirk; Alden; Don; |
| 8 | 2829 (2551 D10) Injection | 11/317,912 | April 11 2011 | Tissue penetration device | Freeman, Dominique |
| 7 | 2759 EP 2582 SMDM | PCT/US02/19188 | Jan 20 2011 | Sampling module device and method | Hartmann, Hans-Joachim, Weber, Lutz; Freeman, Dominique; Boecker; Dirk ; Alden; Don |
| 6 | 4028 JP A&M for incising | H11 083,271 | Nov 18 2010 | A & M for incising | Pelikan Technologies (Agilent) |
| 5 | 2717 EP Success rate | WO 2002100461 | Nov 11 2010 | M&A for improving success rate of blood yield from a finger stick | Alden Don; Freeman, Dominique; Lum, Paul; Drbal, Vladimir; Boecker, Dirk; Verdonk, Edward |
| 4 | 2706 EP Multiple glucose | WO 02/101359 | Aug 23 2010 | Integrated blood sampling analysis system with multiuse sampling module | Boecker; Dirk; Freeman; Dominique; Mauze, Ganapati |
| 3 | 2773 JP (2662 US) Mithril low volume M2 | 2005-502261 | May 18 2010 | M&A for body fluid sampling | Boecker, Dirk; Freeman, Dominique,; |
| 2 | 2711 JP (2666 US) Seamless sampling module | 10/363,508 | Feb 2009 | Blood sampling apparatus and method | Alden, Don; Freeman, Dominique; Lum, Paul; Drbal, Vladimir; Templin Catherine; Boecker, Dirk |
| 1 | 2714 JP | 2003-503081 | July 31 2008 | Self optimizing lancing device with adaptation means to | Freeman, Dominique,; |

© 2011 Pelikan Technologies Inc.



| # Of assets | HEWM # Agilent # | Application Number | Date allowed | Title | Author/assignee |
|---|---|---|---|---|---|
|  | (2593 US) Smart lancing |  |  | temporal variations in cutaneous properties | Boecker, Dirk; Alden, Don |

© 2011 Pelikan Technologies Inc.